IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KATRINA GRUBE,

        Plaintiff,

v.

NANCY A. BERRYHILL,
Deputy Commissioner of Operations,

        Defendant.

Case No. 17-cv-791-wmc

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Nancy A. Berryhill, Deputy Commissioner of Operations affirming the decision of the Commissioner and dismissing this case.

s/ K. Frederickson, Deputy Clerk
Peter Oppeneer, Clerk of Court

5/28/2019
Date